JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS BALLESTEROS, | CASE NO. ED CV 14-382-JVS (PJW) |
| Petitioner, | |
| v. | J U D G M E N T |
| C. GIPSON, WARDEN, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: December 22, 2015

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE